# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAVID CLARK,

    Plaintiff,

v.                                    Case No.: 8:18-cv-02179-JSM-SPF

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

COMES NOW, Plaintiff DAVID CLARK ("Plaintiff"), by and through his undersigned counsel, pursuant to Local Rule 3.08(a), and hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

Dated: June 18, 2019

                      Respectfully submitted:

                      /s/ *Benjamin W. Raslavich*
                      **BENJAMIN W. RASLAVICH, ESQ.**
                      Florida Bar No.: 0102808
                      **KUHN RASLAVICH, P.A.**
                      2124 W. Kennedy Blvd., Suite B
                      Tampa, Florida 33606
                      Telephone: (813) 422 – 7782
                      Facsimile: (813) 422 – 7783
                      ben@theKRfirm.com
                      Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808